UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 13CR03363-001-GT |
| v. | ) | O R D E R |
| Nemia DIAZ-Soto | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for January 21, 2014 is vacated and reset to March 11, 2014 at 9:30 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 1-10-14

Gordon Thompson
Senior U.S. District Judge

cc: all counsel of record