**FILED**

MAR - 6 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13CR3363P-GT |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING SENTENCING** |
| NEMIA DIAZ-SOTO, ) | |
| Defendant. ) | |

Upon joint motion of the parties, and good cause having been shown,

**IT IS HEREBY ORDERED** that the sentencing hearing calendared for Tuesday March 11, 2014 at 9:30 a.m. be continued to Friday March 28, 2014 at 9:30 a.m.

**SO ORDERED.**

Dated: 3-6-14

Honorable Gordon Thompson, Jr.
UNITED STATES DISTRICT COURT JUDGE